# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Jyoti Singh** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. : 1:19-cv-541-LY |
| | § | |
| | § | |
| **RiverSource Life Insurance Company** | § | |
| | § | |
| | § | |
| *Defendant* | § | |

## FINAL JUDGMENT

Trial in the above entitled and numbered cause began on November 1, 2021. Plaintiff, Jyoti Singh appeared in person and through her attorneys and announced ready for trial. Defendant, RiverSource Life Insurance Company appeared in person and through its attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel, with United States District Judge Lee Yeakel presiding.

After the parties rested and closed, the Court submitted definitions, instructions, and a question to the jury. In response, the jury made findings in favor of Plaintiff, Jyoti Singh and against Defendant, RiverSource Life Insurance Company. The Court received, filed, and entered the jury's findings of record.

Plaintiff, Jyoti Singh moved for entry of judgment on the verdict. After considering Plaintiff's motion, the jury's verdict, and the stipulations of the parties, the Court renders judgment for Plaintiff, Jyoti Singh.

It is therefore **ORDERED** that Plaintiff, Jyoti Singh recover the sum of $633,152.00 in past benefits and premiums from Defendant, RiverSource Life Insurance Company;

It is **FURTHER ORDERED** that Plaintiff, Jyoti Singh recover the sum of $215,823.70 in statutory interest under Texas Insurance Code § 542.060(a) from Defendant, RiverSource Life Insurance Company;

It is **FURTHER ORDERED** that Plaintiff, Jyoti Singh recover the sum of $87,150.96 in prejudgment interest, from Defendant, RiverSource Life Insurance Company;

It is **FURTHER ORDERED** that Plaintiff, Jyoti Singh recover her taxable costs from Defendant, RiverSource Life Insurance Company;

It is **FURTHER ORDERED** that Plaintiff, Jyoti Singh recover reasonable attorney's fees and related, non-taxable expenses, to be determined pursuant to Rule CV-54(b)(2) of the Local Rules of the United States District Court for the Western District of Texas;

It is **FURTHER ORDERED** that Plaintiff, Jyoti Singh recover from Defendant, RiverSource Life Insurance Company, post-judgment interest on all amounts awarded payable at the rate of 0.27% *per annum* beginning from the date of this **ORDER** until paid in full;

It is **FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**, and any pending motions are **DISMISSED**.

It is **FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this \_\_\_15th\_\_\_ day of December, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE