**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JYOTI SINGH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL NO. 1:19-CV-541** |
| **v.** | § | |
| | § | |
| **RIVERSOURCE LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

<u>**DEFENDANT'S NOTICE OF APPEAL**</u>

Defendant RiverSource Life Insurance Company ("RiverSource") hereby provides notice in the above-named case of its appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 15th day of December, 2021 [Dkt. 97].

Dated: January 12, 2022

Respectfully submitted,

Akerman, LLP

By: /s/ *Danya W. Blair*
Danya W. Blair
State Bar No. 00790315
Federal ID No. 18239
danya.blair@akerman.com
Benjamin G. Kemble
Attorney-in-Charge
*Readmission application pending*
State Bar No. 24050864
Federal ID No. 1134155
benjamin.kemble@akerman.com
112 East Pecan St., Suite 2750
San Antonio, Texas 78205
Telephone:  (210) 582-0220
Facsimile:   (210) 582-0231
**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record via ECF in accordance with the Federal Rules of Civil Procedure this 12th day of January, 2022:

Lonnie Roach
Bemis, Roach & Reed
4100 Duval Road, Bldg. I, Suite 200
Austin, TX  78759

/s/ *Danya W. Blair*
Danya W. Blair